UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PANEL SPECIALISTS, INC.,** | : | NO. |
| Plaintiff, | : | |
| | : | SECTION (DIVISION): |
| v. | : | |
| | : | JUDGE |
| **TENAWA HAVEN PROCESSING, LLC,** | : | |
| Defendant. | : | MAGISTRATE JUDGE |
| | : | |

# COMPLAINT

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:

The Complaint of plaintiff, Panel Specialists, Inc., against defendant, Tenawa Haven Processing, LLC, in a suit for monies owed for breach of a contract and other legal remedies, avers as follows, upon information and belief:

## Parties

1.

Plaintiff, Panel Specialists, Inc. ("PSI), is a corporation organized and existing under the laws of the State of Louisiana and has its principal place of business in Louisiana.

2.

Defendant, Tenawa Haven Processing, LLC ("Tenawa") is a Kansas limited liability company that can be served with process through its registered agent Corporate Capital Services, Inc. 700 SW Jackson St., Suite, 100, Topeka, Kansas 66603.

## Jurisdiction and Venue

3.

This Court has personal jurisdiction over Tenawa because it transacts business within the State of Louisiana. Further, Tenawa has sufficient contacts with the state to be subject to this Court's general jurisdiction.

4.

This Court has subject matter jurisdiction over this civil action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship among all parties and the matter in controversy exceeds $75,000, exclusive of interest and costs.

5.

Venue is proper in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claims occurred or are occurring in this district.

## Factual Background

6.

Tenawa is in the business of midstream gas processing.

7.

In March of 2014, Tenawa began construction on a new gas processing facility located in Haven, Kansas.

8.

PSI is in the business of providing instrumentation and electrical services to the oil and gas industry.

9.

Tenawa contracted with PSI to provide instrumentation and electrical services in

connection with the construction and operation of Tenawa's Haven facility.

10.

PSI's services were provided to Tenawa pursuant to a Master Service Agreement ("MSA") between the parties dated December 13, 2013.

11.

PSI began providing labor and materials to Tenawa in August 2014.

12.

In accordance with the MSA, PSI regularly invoiced Tenawa for the work performed.

13.

Tenawa is obligated to pay PSI's invoices within thirty (30) days of receipt.

14.

Despite amicable demand, Tenawa failed to timely pay PSI's March 2015 invoice and every invoice thereafter.

15.

Currently, the sums past due and owing by Tenawa to PSI is $666,222.84 exclusive of interest, fees, and other costs provided by the MSA and applicable law.

**Count One**
**Breach of Contract**

16.

PSI incorporates and restates the allegations in paragraphs 1 through 16 herein.

17.

PSI entered into a valid and enforceable contract (the "MSA") with Tenawa wherein PSI agreed to furnish materials and to perform labor and services necessary to complete construction

of Tenawa's Haven facility, and Tenawa, in turn, agreed to pay PSI for services and materials provided under the MSA.

18.

PSI fully performed its obligations under the MSA.

19.

Tenawa has failed to perform its obligations under the MSA by failing to pay PSI amounts owed for materials and labor.

20.

PSI suffered damages as a result of Tenawa's breach.

**Count Two**
**Unjust Enrichment**

21.

PSI incorporates and restates the allegations in paragraphs 1 through 20 herein.

22.

PSI supplied services and materials to Tenawa.

23.

Tenawa otherwise benefitted from PSI's services and materials, and has failed to pay PSI for same.

24.

PSI suffered damages as a result of Tenawa's failure to pay.

25.

**Relief Requested**

**WHEREFORE**, PSI prays that the following relief be granted:

    (a)    Finding that Tenawa is in breach of a valid and enforceable contract holding Tenawa liable and awarding damages equal to $666,222.84;

    (b)    A judgment for interest, fees, and other costs as provided by the MSA and applicable law;

    (c)    A judgment for damages resulting from Tenawa's unjust enrichment;

    (d)    For any and all other such relief as the Court may deem just and equitable.

WHEREFORE, Plaintiff Panel Specialists, Inc. respectfully prays that process in due form of law, according to the practices of this Honorable Court, issue against defendant, Tenawa Haven Processing, LLC, summoning defendant to appear and answer under oath all and singular the matters aforesaid; and after due proceedings are had, this Honorable Court enter judgment in favor of Plaintiff for the total amount of Plaintiff's claims asserted herein, namely in an amount no less than $666,222.84, together with accrued interest, attorneys' fees and all costs, and for all other general and equitable relief warranted under the circumstances.

This 17th day of December, 2015.

Respectfully submitted,

*/s/ L. Etienne Balart*
L. ETIENNE BALART (#24951)
CHRISTOPHER D. CAZENAVE (#32795)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Telefax: (504) 589-8583
ebalart@joneswalker.com
ccazenave@joneswalker.com

*Attorneys for Panel Specialists, Inc.*

**PLAINTIFF WILL SERVE DEFENDANT VIA THE LOUISIANA LONG-ARM STATUTE**